**Edward THURMAN Plaintiff-Appellant**

v.

**QUEEN, Sergeant, NCU; Downing, Lieutenant, NCU; Spurlock, Sergeant, NCU; Stephen Williams, Warden, NCU; Billy Inman, Deputy Warden, NCU; Keith Day, Building Mayor; Dexter Payne, Deputy Director, ADC; Barbara Williams, Inmate Grievance Supervisor, ADC; John Doe, Corporal, NCU Defendants-Appellees**

No. 17-1948

United States Court of Appeals, Eighth Circuit.

Submitted: December 21, 2017

Filed: January 5, 2018

Edward Thurman, Pro Se

Robert Thomas James, Attorney General's Office, Little Rock, AR, for Defendants-Appellees

Before GRUENDER, MURPHY, and SHEPHERD, Circuit Judges.

PER CURIAM.

In this 42 U.S.C. § 1983 action, Arkansas Department of Correction inmate Edward Thurman appeals after the district court[1] adversely disposed of all of his claims, including dismissing some of his claims without prejudice for failure to exhaust administrative remedies. Also before the panel are Thurman's motions for appointment of counsel and for admission and production of documents.

After careful review, we conclude that the district court appropriately disposed of Thurman's claims. *See, e.g., King v. Iowa Dep't of Corr.*, 598 F.3d 1051, 1052 (8th Cir. 2010) (reviewing *de novo* dismissal for failure to exhaust administrative remedies). Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny Thurman's pending motions as moot.

---

1. The Honorable D. P. Marshall Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Beth Deere, United States Magistrate Judge for the Eastern District of Arkansas.